No. 859, Misc.  SANDERS *v.* HAGAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 879, Misc.  IN RE WELLS, ALIAS GUSTIN.  Supreme Court of Montana.  Certiorari denied.

No. 886, Misc.  WHITE *v.* TENNESSEE.  Supreme Court of Tennessee.  Certiorari denied.  Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.  Reported below: —— Tenn. ——, —— S. W. 2d ——.

No. 887, Misc.  DOBSON *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 904, Misc.  SMITH *v.* SETTLE, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox* for respondents.

No. 929, Misc.  KILLILEA ET AL. *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.  *John M. Hall* and *Jackson J. Holtz* for petitioners.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 923, Misc.  WASHINGTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.